IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ISIDRO LOPEZ NORICUMBO** **PETITIONER**

**v.** **CIVIL ACTION NO. 1:25-cv-104-TBM-ASH**

**BURL CAIN** **RESPONDENT**

**FINAL JUDGMENT**

For the reasons stated in the Order entered this same day, Isidro Lopez Noricumbo's Petition for Writ of Habeas Corpus [1] is DISMISSED WITH PREJUDICE. This CASE is CLOSED.

THIS, the 9th day of January, 2026.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE